UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALKETA LERA,<br><br>        Plaintiff,<br><br>   -against-<br><br>KRISTI NOEM; KIKA SCOTT; ATTORNEY GENERAL PAM BONDI,<br><br>        Defendants. | 25-CV-2795 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Pursuant to the Court's April 30, 2025 Order, Dkt. 7, the parties were required to file a joint letter and proposed case management plan, the contents of which are described in that order, no later than **July 2, 2025**. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **July 7, 2025**.

  SO ORDERED.

Dated: July 7, 2025
   New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge